UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSEA WHITE,

    Plaintiff,

v.                                         Case No: 8:23-cv-932-CEH-MRM

CLEARWATER POLICE
DEPARTMENT,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mac R. McCoy on May 2, 2023 (Doc. 3). In the Report and Recommendation, Magistrate Judge McCoy recommends that: (1) The Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (Doc. 2), construed as a motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 and M.D. Fla. R. 6.03, be denied without prejudice; (2) The Clerk of Court be directed to send Plaintiff a copy of the AO 239 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form); (3) No later than fourteen (14) days after the District Judge's Order on this Report and Recommendation, Plaintiff be directed to either: (a) complete the AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and submit it to the Clerk's Office for filing and file an Amended Complaint that corrects the issues identified and complies with the Federal Rules of Civil Procedure; or (b) pay the filing fee and proceed

promptly to effectuate service of process on Defendant; and (4) If Plaintiff fails to comply timely with the District Judge's Order, her action be dismissed without further notice.

Plaintiff was provided a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (Doc. 2), construed as a motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 and M.D. Fla. R. 6.03, is DENIED WITHOUT PREJUDICE.

(3) The Clerk of Court is directed to send Plaintiff a copy of the AO 239 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

(4) No later than fourteen (14) days after the date of this Order, Plaintiff is directed to either: (1) complete the AO 240 Application to Proceed in

District Court Without Prepaying Fees or Costs (Long Form) and submit it to the Clerk's Office for filing and file an Amended Complaint that corrects the issues identified by the magistrate judge and complies with the Federal Rules of Civil Procedure; or (2) pay the filing fee and proceed promptly to effectuate service of process on Defendant.

(5) Failure to timely comply with this Order will result in this action being dismissed without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on May 22, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mac R. McCoy
Counsel of Record

3